UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

_____

| | |
|---|---|
| Brandon C. Avery,         } | |
|         Debtor            } | Case No. 20-40466-CJP |
|                           } | Chapter 13 |

_____

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO THE HONORABLE JUDGE PANOS:

William J. Amann, Esq. of BRAUCHER & AMANN, PLLC hereby gives notice of his Appearance on behalf of **U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust (hereinafter USBNA) by Servis One d/b/a BSI Financial Services**, a secured creditor, listed by the Debtor as a creditor on the Debtor's List of Creditors, in the above-captioned Case and requests that all notices given or required to be given in this case and that all papers served or required to be served in this case be given and served upon the undersigned attorney at the address below.

As directed by Fed. R. Bankr. P. 9010(b), the attorney's name, office address, telephone number and email are listed below. USBNA hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Fed. R. Bankr. P. 2002(i), be given to it by service upon its attorney at the address shown below.

                                        Respectfully submitted,
                                        USBNA
                                        By and through his attorneys,

Date: 4-15-2020                  By:   /s/William J. Amann
                                                 William J. Amann, Esq.
                                                 BBO # 648511
                                                 BRAUCHER & AMANN, PLLC
                                                 764 Chestnut Street
                                                 Manchester, NH 03104
                                                 603-486-1530
                                                 wamann@ba-lawgroup.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the date indicated below, a copy of the foregoing document was served upon all registered users in this case via CM/ECF pursuant to MLBR 2002-1 and 9013-3 and Appendix 1, Rule 13-5.CM/ECF or by first-class mail, postage-prepaid.

Date: 4-15-2020                  By: /s/ William J. Amann
                                             William J. Amann, Esq.

Brandon C. Avery
9 Lane Ave
North Brookfield, MA 01535

Margaret Avery
9 Lane Avenue
N. Brookfield, MA 01535

Cynthia Ravosa
Massachusetts Bankruptcy Center
One South Avenue
Natick, MA 01760

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Denise M. Pappalardo
P. O. Box 16607
Worcester, MA 01601